**Electronically Filed
Supreme Court
SCWC-21-0000442
31-DEC-2024
12:56 PM
Dkt. 10 ODAC**

SCWC-21-0000442

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

DAKOTA HOLLAND-DORNATH,
Petitioner/Defendant-Appellant,

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000442; CASE NO. 1PC151001241)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellant Dakota Holland-Dornath's
application for writ of certiorari filed on November 25, 2024,
is rejected.

DATED:  Honolulu, Hawai‘i, December 31, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

